COM.

v.

**VANSYCKEL, G.**

**1780 MDA 2016**

Superior Court of Pennsylvania.

03/23/2017

CP–06–CR–0005911–2015 (Berks)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

**SCHIMP, R.**

**528 WDA 2015**

Superior Court of Pennsylvania.

03/23/2017

CP–42–CR–0000044–2014 (McKean)

Affirmed

COM.

v.

**PELUSO, A.**

**1283 WDA 2015**

Superior Court of Pennsylvania.

03/23/2017

CP–02–CR–0014213–2014 (Allegheny)

Remanded Jurisdiction Retained

**The MT. MORRIS SPORTSMEN'S ASSOC.**

v.

**BOYERS, A.**

**506 WDA 2016**

Superior Court of Pennsylvania.

3/23/2017

A.D.No. 650 of 2014 (Greene)

Reversed/Remanded